In the Matter of the Application of JAMES A. TILLMAN, Respondent.

BORRIS M. KOMAR, Appellant.

(Argued March 14, 1932; decided April 26, 1932.)

*Borris M. Komar,* appellant in person.

*J. Sidney Bernstein* for respondent.

Order of the Appellate Division and that of the Special Term reversed, with costs in all courts, and the matter remitted to the Special Term with directions to fix appellant's lien on the basis of *quantum meruit,* on the authority of *Matter of Tillman* (259 N. Y. 133); no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.